UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

SALUSTIANO

                Plaintiff,

  -against-                                    _____ Civ. 1:23-CV-7134 (____)(____)

RAWSOME TREATS, LLC AND ORCHARD GARDEN

NOTICE OF APPEARANCE OF
*PRO BONO* COUNSEL

                Defendant.

------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as *pro bono* counsel in this case on behalf of:

RAWSOME TREATS, LLC

I certify that I am admitted to practice in this Court.

| | |
|---|---|
| 09/13/2023 | ADAM NAGIN |
| Date | Signature |
| | ADAM NAGIN      4910097 |
| | Print Name      Bar No. |
| | 50 BANK STREET |
| | Address |
| | NEW YORK   NY   10014 |
| | City   State   Zip Code |
| | 6468671284      6468678506 |
| | Phone No.      Fax. No. |
| | ADAM@NYSMI.COM |
| | Email Address |