UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALUSTIANO SANABRIA,
                         Plaintiff,

-v-

RAWSOME TREATS, LLC, *et al.*,
                         Defendants.

23-CV-7134 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

    SO ORDERED.

Dated: October 3, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge