UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SALUSTIANO SANABRIA,<br><br>               Plaintiff,<br><br>      v.<br><br>RAWSOME TREATS, LLC AND ORCHARD GARDEN REALTY LLC,<br><br>               Defendants. | Case No. 1:23-cv-07134-JPO<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Salustiano Sanabria ("Plaintiff") and Defendants, Rawsome Treats, LLC and Orchard Garden Realty LLC ("Defendants"), by and through Plaintiff's undersigned counsel and Defendants' undersigned counsel, hereby stipulate and agree that this action shall be **DISMISSED WITH PREJUDICE** against all parties. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
       January 19, 2024

**ADAM NAGIN**

By_____
  Adam Nagin, Esq.
  50 Bank Street
  New York, NY 10014
  Telephone: (646) 867-1284
  *Attorneys for Defendant*
  **RAWSOME TREATS, LLC**

**THE MARKS LAW FIRM, P.C.**

By_____
  Bradly G. Marks, Esq.
  155 East 55th Street, Suite 4H
  New York, NY 10022
  Telephone: (646) 770-3775
  *Attorneys for Plaintiff*

**LAW OFFICE OF AVRAM E. FRISCH LLC**

By_____
  Avram E. Frisch, Esq.
  1 University Plaza, Suite 119
  Hackensack, NJ 07601
  Telephone: (201) 289-5352
  *Attorney for Defendant*
  **ORCHARD GARDEN REALTY LLC**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SALUSTIANO SANABRIA,

        Plaintiff,

v.

RAWSOME TREATS, LLC AND ORCHARD GARDEN REALTY LLC,

        Defendants.

Case No. 1:23-cv-07134-JPO

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Salustiano Sanabria ("Plaintiff") and Defendants, Rawsome Treats, LLC and Orchard Garden Realty LLC ("Defendants"), by and through Plaintiff's undersigned counsel and Defendants' undersigned counsel, hereby stipulate and agree that this action shall be **DISMISSED WITH PREJUDICE** against all parties. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
       January 19, 2024

**ADAM NAGIN**

By_____
  Adam Nagin, Esq.
  50 Bank Street
  New York, NY 10014
  Telephone: (646) 867-1284
  *Attorneys for Defendant*
  **RAWSOME TREATS, LLC**

**THE MARKS LAW FIRM, P.C.**

By_____
  Bradly G. Marks, Esq.
  155 East 55th Street, Suite 4H
  New York, NY 10022
  Telephone: (646) 770-3775
  *Attorneys for Plaintiff*

**LAW OFFICE OF AVRAM E. FRISCH LLC**

By /s/ Avram E. Frisch
  Avram E. Frisch, Esq.
  1 University Plaza, Suite 119
  Hackensack, NJ 07601
  Telephone: (201) 289-5352
  *Attorney for Defendant*
  **ORCHARD GARDEN REALTY LLC**